No. 97–9204. CLYMORE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–9208. PROCTOR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–9209. PENA v. UNITED STATES; and
No. 97–9265. FERREIRA v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 162 F. 3d 1149.

No. 97–9213. SNELLING v. HOUSING AUTHORITY OF ST. LOUIS COUNTY ET AL. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 97–9214. SILVA v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 97–9218. WHITE v. INTERNAL REVENUE SERVICE. C. A. 3d Cir. Certiorari denied.

No. 97–9220. WALTER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–9221. COX v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–9223. TAYLOR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–9231. MARUTZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–9236. MACKALL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–9246. JUAREZ-JUAREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–9247. CORN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–9249. MORRIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–9250. MCCLAIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.